-TAMP AND RETURN

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**BRANCH BANKING & TRUST COMPANY,**
**1909 K Street, N.W., 2nd Floor**
**Washington, D.C. 20006,**

**Plaintiff**

PLEASE STAMP AND RETURN

**Case No.**

**v.**

Case: 1:10-cv-00912
Assigned To : Walton, Reggie B.
Assign. Date : 6/3/2010
Description: Contract

**DEAN F. MOREHOUSE,**
**14290 Cypress Island Circle**
**Palm Beach Gardens, Florida 33410,**

**Defendant.**

**COMPLAINT**

COMES NOW Plaintiff Branch Banking and Trust Company ("BB&T"), by counsel, and for its Complaint against the Defendant avers:

**PARTIES AND JURISDICTION**

1. Plaintiff BB&T is a North Carolina national banking corporation with its principal place of business in the District of Columbia.

2. Defendant Dean F. Morehouse ("Morehouse") is a natural person and a resident of the State of Florida.

3. This Court has personal jurisdiction over Morehouse as this action concerns a guaranty agreement executed in the District of Columbia that contains a choice of venue provision in which Morehouse

LAW OFFICES
EDLANDER MISLER, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC

(202) 872-0800

agreed that any litigation concerning the guaranty would be conducted in the District of Columbia.

4. This Court has subject matter jurisdiction in this action pursuant to 28 U.S.C. § 1332 as this is a dispute between citizens of different states and the matter in controversy exceeds $75,000.00.

5. Venue properly lies in the District of Columbia.

**FACTUAL ALLEGATIONS**

6. On or about July 11, 2005, Brampton Plantation, LLC ("Brampton") executed a revolving promissory note with BB&T whereby BB&T agreed to allow Brampton access to up to $28,000,000.00 in credit. The debt was evidenced by a Revolving Promissory Note (the "Revolving Note") in the amount of $21,000,000.00 and a Letter of Credit Promissory Note (the "Letter of Credit") in the amount of $7,000,000.00.

7. Both the Revolving Note and the Letter of Credit are governed by a Loan Agreement executed by Morehouse as President of MTM Builder/Developer, Inc., the manager of Brampton. The Loan Agreement was the subject of three subsequent modification agreements. True and correct copies of the Revolving Note, the Letter of Credit, the Loan Agreement and the modifications thereto (collectively, the "Brampton

LAW OFFICES
EDLANDER MISLER, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC
(202) 872-0800

Loan") are attached as Exhibit 1 and their terms are incorporated by this reference.

8. On or about July 11, 2005, Morehouse executed a Continuing Guaranty whereby he promised to personally and unconditionally guaranty the repayment of the Brampton Loan. On March 11, 2009, Morehouse executed a Reaffirmation of Continuing Guaranty and Indemnity Agreement Regarding Hazardous Materials affirming his obligation to personally and unconditionally guaranty the repayment of the Brampton Loan. True and correct copies of both of these agreements (collectively the "Guaranty") are attached as Exhibit 2 and their terms are incorporated by this reference.

9. Brampton has failed to make the required payments on the Brampton Loan. Accordingly, Brampton is in default of the Note.

10. Despite demand that he pay the sums due on the Brampton Loan, Morehouse has failed to make such payments.

***Count for Breach of Contract***

11. BB&T hereby incorporates each of the above allegations as if fully restated herein.

12. The Guaranty is a valid and enforceable contract between BB&T and Morehouse.

LAW OFFICES
EDLANDER MISLER, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC
(202) 872-0800

13. Morehouse breached his obligations under the Guaranty by failing to repay the Brampton Loan upon Brampton's default.

14. Any conditions to limit Morehouse's liability on the Guaranty have not occurred and/or are inapplicable at this time.

15. As a result of Morehouse's breach of the Guaranty, BB&T has incurred damages. As of June 1, 2010 these damages include $23,966,216.95 in principal on the Revolving Note, $853,624.00 in principal on the Letter of Credit, $857,772.38 in interest, $48,180.95 in fees, and $586,000.00 in unpaid real estate taxes, for a total indebtedness of $26,311,794.28. *Per diem* interest continues to accrue at the rate of $2,496.48. Additionally, Morehouse is liable for the costs and attorneys' fees incurred by BB&T in this litigation.

**WHEREFORE**, BB&T prays for the following relief:

A. Judgment against Morehouse for all amounts due on the Brampton Loan which as of June 1, 2010 includes $23,966,216.95 in principal on the Revolving Note, $853,624.00 in principal on the Letter of Credit, $857,772.38 in interest, $48,180.95 in fees, and $586,000.00 in unpaid real estate taxes, for a total indebtedness of $26,311,794.28. *Per diem* interest continues to accrue at the rate of $2,496.48.

LAW OFFICES
EDLANDER MISLER, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC
(202) 872-0800

B. An award of the costs of this suit, including reasonable attorneys' fees; and

C. All other relief this Court determines to be just and reasonable.

Respectfully submitted,

**FRIEDLANDER MISLER, PLLC**

By: ______________________
Robert E. Greenberg, Esq. #173708
Thomas F. Murphy, Esq. #464475
1101 17th Street, NW
Suite 700
Washington, DC 20036-4704
(202) 872-0800
*Attorneys for Plaintiff*

U:\greenberg\CLIENT\BB&T\Morehouse\Litigation\Complaint.wpd